FILED

AT-138, EJ-125

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Yoshiyuki Takamatsu, SBN 223432<br>Bailey & Associates<br>2029 Century Park E., Ste 3300<br>Los Angeles, CA 90067<br>TELEPHONE NO.: 310.286.9900   FAX NO.: 310.286.9907<br>ATTORNEY FOR (Name): California Ironworkers, et al. | 07 FEB -6 AM 7:36<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY: _____ DEPUTY |
| NAME OF COURT: USDC, Southern District of California<br>STREET ADDRESS: 940 Front Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Diego, CA 92101<br>BRANCH NAME: | |
| PLAINTIFF: California Ironworkers, et al.<br><br>DEFENDANT: Luis Mendoza, et al. | |
| **APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION**<br>[✓] **ENFORCEMENT OF JUDGMENT**  [ ] **ATTACHMENT (Third Person)**<br>[✓] **Judgment Debtor**  [ ] **Third Person** | CASE NUMBER:<br>07mc0020 |

**ORDER TO APPEAR FOR EXAMINATION**

1. TO (name): Luis Mendoza dba CAL Erectors & Fabricators
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. [✓] furnish information to aid in enforcement of a money judgment against you.
   b. [ ] answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. [ ] answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

| Date: 3/28/07 | Time: 10:00 a.m. | Dept. or Div.: | Rm.: "F", 1st Floor |
|---|---|---|---|
| Address of court [✓] shown above [ ] is: | | | |

3. This order may be served by a sheriff, marshal, registered process server, or the following specially appointed person (name):

Date:

_____
JUDGE OR REFEREE

**This order must be served not less than 10 days before the date set for the examination.**
**IMPORTANT NOTICES ON REVERSE**

**APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION**

4. [✓] Judgment creditor  [ ] Assignee of record  [ ] Plaintiff who has a right to attach order
   applies for an order requiring (name):  Luis Mendoza  to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt.
5. The person to be examined is
   a. [✓] the judgment debtor.
   b. [ ] a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.
6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. [✓] This court is **not** the court in which the money judgment is entered or (attachment only) the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. [ ] The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 1/17/07

Yoshiyuki Takamatsu                             ▶ _____
(TYPE OR PRINT NAME)                                (SIGNATURE OF DECLARANT)

(Continued on reverse)

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>AT-138, EJ-125 [Rev. July 1, 2000] | **APPLICATION AND ORDER**<br>**FOR APPEARANCE AND EXAMINATION**<br>(Attachment—Enforcement of Judgment) | Code of Civil Procedure,<br>§§ 491.110, 708.110, 708.120 |

---

**APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)**

**NOTICE TO JUDGMENT DEBTOR**  If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

---

**APPEARANCE OF A THIRD PERSON
(ENFORCEMENT OF JUDGMENT)**

**(1) NOTICE TO PERSON SERVED**  If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

**(2) NOTICE TO JUDGMENT DEBTOR**  The person in whose favor the judgment was entered in this action claims that the person to be examined pursuant to this order has possession or control of property which is yours or owes you a debt. This property or debt is as follows *(Describe the property or debt using typewritten capital letters)*:

If you claim that all or any portion of this property or debt is exempt from enforcement of the money judgment, you must file your exemption claim in writing with the court and have a copy personally served on the judgment creditor not later than three days before the date set for the examination. You must appear at the time and place set for the examination to establish your claim of exemption or your exemption may be waived.

---

**APPEARANCE OF A THIRD PERSON (ATTACHMENT)**

**NOTICE TO PERSON SERVED**  If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this proceeding.

---

**APPEARANCE OF A CORPORATION, PARTNERSHIP,
ASSOCIATION, TRUST, OR OTHER ORGANIZATION**

It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents, or other persons who are familiar with your property and debts.

---

AT-138, EJ-125 [Rev. July 1, 2000]        **APPLICATION AND ORDER
FOR APPEARANCE AND EXAMINATION
(Attachment—Enforcement of Judgment)**        Page two

## DECLARATION OF SERVICE

(1) I am and at all times herein mentioned was a resident of the County of Los Angeles. I am over the age of eighteen (18) years and not a party to the within action. My business address is: 2029 Century Park East, Suite 3300, Los Angeles, California 90067, and I am employed in the office of a member of this Court at whose direction the service was made.

(2) I am readily familiar with the normal business practice of my employer for the collection and processing of correspondence and other materials for mailing with the United States Postal Service. In the ordinary course of business, any materials designated for mailing with the United States Postal Service and placed by me for collection in the office of my employer are deposited the same day with the United States Postal Service.

(3) On January 17, 2007, I served the within **Application and Order for Appearance and Examination and Supplemental Declaration of Yoshiyuki Takamatsu** upon counsel/interested parties named below by placing a true copy thereof in an envelope(s) addressed as follows:

Luis M. Mendoza
CAL Erectors & Fabricator
3325 Clavelita St.
San Diego, CA 92154

[ x ] (BY U.S. MAIL) I sealed said envelope(s) and, following the ordinary business practices of my employer, placed said sealed envelope(s) in the office of my employer at 2029 Century Park East, Suite 3300, Los Angeles, California 90067, for collection and mailing with the United States Postal Service on the same date.

[ ] (BY OVERNIGHT DELIVERY) I caused to be delivered such envelope by overnight delivery to the offices of the addressee.

[ ] (BY PERSONAL SERVICE) I caused to be delivered such envelope by hand to the offices of the addressee.

[ ] (BY FACSIMILE) I caused the above-referenced document(s) to be transmitted to the addressee(s) at the FAX number(s) listed above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17th day of January, 2007 at Los Angeles, California.

By: Sherly Anggreini